# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>IRMA ADELINA RODRIGUEZ COSSIO<br><br>Debtor(s)<br><br>NOREEN WISCOVITCH RENTAS<br><br>Plaintiff(s)<br><br>v.<br><br>IRMA ADELINA RODRIGUEZ COSSIO et. al.<br><br>Defendant(s) | Case No. **16–05295 EAG**<br><br>Chapter **7**<br><br><br><br>Adversary Number **18–00050**<br><br><br><br>FILED & ENTERED ON 7/26/18 |

*ORDER*

The motion filed by ATTORNEY FOR DEFENDANT requesting to resign as legal representation (docket #16) is hereby granted . Defendant is granted forty–five (45) days to retain counsel or be deemed pro se. Attorney Valentin Figueroa is to give notice of this order to defendant within seven (7) days and file a certificate of service with the Court so showing.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this Thursday, July 26, 2018 .

Edward A. Godoy
United States Bankruptcy Judge