RECEIVED AND FILED
CASHIER 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

2018 OCT 23 AM 10: 55

US BANKRUPTCY COURT
FOR THE DISTRICT OF
PUERTO RICO

| | |
|---|---|
| IN RE:<br>IRMA ADELINA RODRIGUEZ COSSIO<br>Debtor | CASE NO. 16-05295-EAG7 |
| | CHAPTER 7 |
| NOREEN WISCOVITCH RENTAS<br>Plaintiff | |
| V. | ADVERSARY NUMBER: 18-00050-EAG |
| IRMA ADELINA RODRIGUEZ COSSIO<br>Defendant (2) | |

## MOTION FOR ENLARGEMENT OF TIME TO HIRE NEW COUNSEL AND ANSWER ADVERSARY PROCEEDING

**TO THE HONORABLE COURT:**

Now comes Debtor prose and respectfully STATES and PRAYS as follows:

1. In the above captioned case, Trustee, Noreen Wiscovitch filed an adversary proceeding.

2. The Court entered an Order directed to Debtor to appear with new counsel.

3. Debtor has been interviewed by various counsels and still waiting for an answer.

4. Debtor needs an extension of thirty (30) additional days to comply with order and efforts to hire counsel.

WHEREFORE hereby Debtor respectfully request an extension of 30 days to file extension of thirty (30) additional days to comply with order to hire counsel and file a responsive allegation.

Date: Monday, October 22, 2018.

### CERTIFICATE OF SERVICE

I hereby certify that on this same date I filed the above document with the Clerk of the Court

using ECF systems which sent a notification of such filing to all those who have registered for receipt of notice by electronic mail. I further certify that I have served to the US Trustee, ustpregion21.hr.ecf@usdoj.gov and to standing chapter 7 trustee , and by depositing true and exact copies thereof in the United States mail; postage prepaid to the non CM/ECF participants.

**IRMA A. RODRIGUEZ COSSIO**
**P O BOX 1915**
**MAYAGUEZ, PR 00681**
**(787) 458-9193**
**irmacitadelrodriguez7@gmail.com**